**WELLS FARGO FINANCIAL**

Wells Fargo Financial Bank
3201 North 4th Avenue
Sioux Falls, South Dakota 57104-0700

**TO:** US Bankruptcy Court
Bankruptcy Clerk Office
800 Market Street Ste 330
Knoxville, TN 37902

January 26, 2007

**Notice of change of address**

Please make the address change for the Chapter 13 payments.

**RE:** Cheryl Ann Smithell
Chapter 13 Case Number 04-22364

**Old:** Wells Fargo Financial Bank
Attn Recovery Department
Box 5943
Sioux Falls, SD 57117-0000

**New:** Wells Fargo Financial Bank
Payment Processing
PO Box 14487
Des Moines, IA 50306

Thank you,

*Lindsey Justesen*
Lindsey Justesen
Operations Processor
(515)331-9451

FEB 0 5 2007
RECEIVED
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
BY_____